**STATE of Missouri,
Plaintiff/Respondent,**

v.

**Aaron LaROSE, Defendant/Appellant.**

**No. ED 97043.**

Missouri Court of Appeals,
Eastern District,
Division Two.

July 16, 2013.

Motion for Rehearing and/or Transfer
to Supreme Court Denied Sept.
5, 2013.

Application for Transfer Denied
Nov. 26, 2013.

Craig Johnston, Columbia, MO, for appellant.

Richard Starnes, Jefferson City, MO, for respondent.

### ORDER

PER CURIAM.

Defendant Aaron LaRose appeals the judgment entered on April 1, 2011, in the Saint Charles County Circuit Court of murder in the first degree, pursuant to section 565.020, RSMo 2000, and armed criminal action, pursuant section 571.015, RSMo 2000. We affirm.

No error of law appears. An extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 84.16(b).